219 F.3d 1029 (9th Cir. 2000)
 WALTER BATEMAN, Plaintiff-Appellant,
v.
UNITED STATES POSTAL SERVICE; WILLIAM J. HENDERSON,[1] Postmaster General, Defendants-Appellees,
and
AARON JOHNSON; BEN FUKUMITSU; DAVID BURNS; JOSE MALLARI, Defendants.
 No. 99-15394
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted April 26, 2000
Filed July 26, 2000
Amended November 2, 2000
 NOTE: SEE AMENDED OPINION AT 231 F.3d 1220